Geoffrey Bedell, ABA #2002016
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Tel: (206) 624-1800
Email: bedell@sohalang.com
*Attorneys for Colony Insurance Company*

Matthew D. Regan, ABA #9006031
Holmes Weddle & Barcott, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Tel: (907) 274-0666
Email: mregan@hwb-law.com
*Co-Counsel for Colony Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>                         Plaintiff,<br><br>     vs.<br><br>VULCAN TOWING AND RECOVERY, INC.,<br><br>                         Defendant. | CASE NO. 3:24-cv-_____<br><br>**COMPLAINT** |

Plaintiff Colony Insurance Company ("Colony") states and pleads as follows:

## I. PARTIES

1.1     Colony is a Virginia corporation with its principal place of business in Illinois.

1.2.     On information and belief, Defendant Vulcan Towing and Recovery, Inc.

("Vulcan") is a citizen of Alaska.

## II. JURISDICTION AND VENUE

2.1     This action is between citizens of different states.

2.2     The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as set forth more particularly below.

2.3     This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

2.4     An actual justiciable controversy exists between Colony and Vulcan within the meaning of 28 U.S.C. § 2201, *et seq.* regarding the scope and extent of insurance coverage provided under the Colony insurance policy, as set forth more particularly below.

2.5     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) in that a substantial portion of the events giving rise to the insurance claim occurred in this District.

## III. GENERAL ALLEGATIONS

3.1     Colony issued garage coverage policy number GP8552963 to Vulcan (the "Policy"). A certified copy of the Policy is **Exhibit 1** hereto (with redactions).

3.2     Vulcan was sued in the underlying lawsuit of *Estate of Collins* (the "Estate") *v. Vulcan Towing and Recovery, Inc.*, Case No. 3AN-23-09064 CI, Superior Court for the State of Alaska Third Judicial District at Anchorage (the "Underlying Lawsuit"). A copy of the Complaint in the Underlying Lawsuit is **Exhibit 2** hereto.

3.3     In the Underlying Lawsuit, the Estate alleges compensatory damages in excess of $100,000 as well as punitive damages, as set forth in the Prayer for Relief in **Exhibit 2**.

3.4     Vulcan tendered defense and indemnity of the Underlying Lawsuit to Colony under the Policy. Colony agreed to defend under a reservation of rights.

## IV. THE COLONY POLICY

4.1     Colony issued the aforementioned Policy, effective from September 16, 2022 to September 16, 2023, which utilizes CA 0005-0310 as the basic coverage form.

4.2     The Policy's Insuring Agreement provides, in pertinent part, as follows:

* * *

**GARAGE COVERAGE FORM**

* * *

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

* * *

**Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 29 | Non-owned "Autos Used In Your Garage Business | Any "Auto" you do not own, lease, hire, rent or borrow used in connection with your Garage business described in the Declarations. This included "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your garage business. |

* * *

## SECTION II – LIABILITY COVERAGE
**A. Coverage**

    **1. "Garage Operations" – Other Than Covered "Autos"**

        **a.** We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from "garage operations" other than the ownership, maintenance or use of covered "autos".

        We will have the right and duty to defend any insured against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable Liability Coverage Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" has been exhausted by payment of judgments or settlements.

**b.** This insurance applies to "bodily injury" and "property damage" only if:
(1) The "accident" occurs in the coverage territory;
(2) The "bodily injury" or "property damage" occurs during the policy period;

\* \* \*

**2. "Garage Operations" – Covered "Autos"**
We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos".

\* \* \*

4.3     The Policy also contains the following exclusion for Servicing Autos, which is applicable to any coverage that may be available for Other Than Covered "Autos" in Section I and Covered "Autos" in Section II, to wit:

\* \* \*

A.  **SECTION II - LIABILITY COVERAGE**, **B. Exclusions** is amended by the addition of the following:

\* \* \*

**21.  Servicing Autos**
"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of an "auto", which is not specifically described in the Declarations (hereinafter, the Servicing Auto), that is used by an insured or anyone else:

**a.** As a tow truck, car or "auto" hauler (other than a power unit off the lot while attached to a scheduled trailer), parts delivery truck, roadside or mobile service truck, trailer, lift, flatbed truck, or to perform any work, deliver parts, or to service, tow, pull, haul, or carry any other "auto". This exclusion (a) shall also apply to any Servicing Auto that is:

**(1)** Going to a specific location to perform any work, deliver parts, or to service, tow, pull, haul, or carry any other "auto", including any stops or breaks along the way; or

**(2)** Returning after being used in any manner or capacity listed in exclusion (a) or (a)(1), including any stops or breaks along the way.

\* \* \*

4.4     Additionally, the Policy contains an endorsement entitled "Punitive or Exemplary Damage Exclusion," which reads as follows:

Case 3:24-cv-00119-HRH   Document 1   Filed 06/06/24   Page 4 of 7
*Colony Ins. Co. v. Titan Transport and Recovery, Inc.*

* * *

**PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION**

This endorsement modifies insurance provided under the following:
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
GARAGE COVERAGE FORM

This insurance does not apply to punitive damages, exemplary damages, fines, penalties, treble damages or other increase in damages resulting from the multiplication of compensatory damages, in whatever form assessed.

If a "suit" is brought against the "insured" seeking damages to which this insurance applies and punitive or exemplary damages, we will provide a defense to such "suit". However, we will have no obligation to pay for any costs, interest, or judgement attributable to punitive or exemplary damages.

* * *

**V. CLAIM FOR DECLARATORY RELIEF**

5.1     Colony incorporates by reference the allegations of all paragraphs above as if fully alleged herein.

5.2     In accordance with 28 U.S.C. §2201, Colony seeks a ruling from this Court that the Policy does not provide coverage for the Underlying Lawsuit.

5.3     An actual justiciable controversy exists between Colony and Vulcan concerning whether there is insurance coverage under the Policy for the claims asserted in the Underlying Lawsuit.

5.4     The Policy does not provide coverage for the claims in the Underlying Lawsuit under the policy language including, but not limited to, the following potentially applicable policy provisions or legal grounds:

(a)     The claims may not come within the Insuring Agreement;

(b)     The claims may come within the exclusion for Servicing Autos;

COMPLAINT
Page 5

Case No. 3:24-cv-_____

Case 3:24-cv-00119-HRH   Document 1   Filed 06/06/24   Page 5 of 7
*Colony Insurance Company v. Vulcan Towing & Recovery, Inc.*

(c)     To the extent that the claims regard punitive damages, the punitive damages exclusion may apply; and

(d)     Under other such further policy language or other grounds that may restrict or preclude coverage under the Policy or under law.

## VI. RESERVATION OF RIGHT TO AMEND

6.1     Colony reserves the right to amend its complaint, in whole or in part, as it obtains additional facts through investigation and discovery.

## VII. PRAYER FOR RELIEF

7.1     Wherefore, Colony prays for judgment as follows:

(a)     That the Court render declaratory judgment in favor of Colony;

(b)     That the Court declare the rights, duties, obligations, status and other legal relations of the parties, including a declaration that there is no insurance coverage under the Policy for the claims in the Underlying Lawsuit, that Colony has no duty to defend or indemnify for the claims in the Underlying Lawsuit and that Colony may withdraw from the defense of the Underlying Lawsuit;

(c)     For Colony's actual attorney fees and costs; and

(d)     For such other relief as the Court may deem just and proper.

Respectfully submitted this 5th day of June 2024.

SOHA & LANG, P.S.

 /s/ Geoffrey Bedell
Geoffrey Bedell, ABA #2002016
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Tel: (206) 624-1800
Email: bedell@sohalang.com;
*Attorneys for Colony Insurance Company*

Respectfully submitted this 5th day of June 2024.

HOLMES WEDDLE & BARCOTT, P.C.

 /s/ Matthew D. Regan
Matthew D. Regan, ABA #9006031
Holmes Weddle & Barcott, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Tel: (907) 274-0666
Email: mregan@hwb-law.com
*Co-Counsel for Colony Insurance Company*